**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:   §   Case No. 12-43578-JSB
         §
VINCENT FUCARINO   §
         §
         §
         §
         Debtor(s)   §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 02/03/2015, in Courtroom 615, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   01/13/2015           By:   /s/ David P. Leibowitz
                                          Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-43578-JSB |
| | § | |
| VINCENT FUCARINO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $6,600.00
*and approved disbursements of* $108.07
*leaving a balance on hand of[1]:* $6,491.93

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $6,491.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,410.00 | $0.00 | $1,410.00 |
| David P. Leibowitz, Trustee Expenses | $2.56 | $0.00 | $2.56 |
| Lakelaw, Attorney for Trustee Fees | $1,490.00 | $0.00 | $1,490.00 |
| Lakelaw, Attorney for Trustee Expenses | $9.60 | $0.00 | $9.60 |

Total to be paid for chapter 7 administrative expenses: $2,912.16
Remaining balance: $3,579.77

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $3,579.77 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $3,579.77 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $371.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | American InfoSource LP as agent for | $371.00 | $0.00 | $371.00 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $371.00 |
| Remaining balance: | $3,208.77 |

Tardily filed claims of general (unsecured) creditors totaling $11,612.76 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 27.6 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 2 | Prairie Avenue Residences Condominium Association | $11,612.76 | $0.00 | $3,208.77 |

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $3,208.77 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-43578-JSB
Vincent Fucarino                                                          Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales          Page 1 of 1          Date Rcvd: Jan 13, 2015
                              Form ID: pdf006          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2015.
```
db              #+Vincent Fucarino,   3727 Prairie Ave.,   Brookfield, IL 60513-1611
aty              David P Liebowitz,   Leibowitz Law Center,   420 West Clayton Street,
                  Waukegan, IL 60085-4216
aty              David P. Leibowitz LLC d/b/a Lakelaw,   420 W. Clayton Street,   Waukegan, IL 60085-4216
20755814        +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
                  El Segundo, CA 90245-3504
19647265        +Bd of Mngrs Prairie Residence Condo,   3721 Prairie Ave.,   Brookfield, IL 60513-1651
19647266        +Bk Of Amer,   P.o. Box 17054,   Wilmington, DE 19884-0001
19647267         COMCAST,   P O BOX 3002,   SOUTHEASTERN, PA 19398-3002
19647270        +Lakeside Bnk,   141 W Jackson Suite 130a,   Chicago, IL 60604-3134
19647272        +MICHAEL R. RICHMOND,   33 NORTH DEARBORN STREET,   SUITE 1907,   CHICAGO, IL 60602-3828
19647271        +Michael A. Maciejewski, Ltd.,   970 Oaklawn Ave. Ste 204,   Elmhurst, IL 60126-1000
21033473        +Prairie Avenue Residences Condominium Association,   c/o Michael A. Maciejewski, Ltd.,
                  970 Oaklawn Avenue, Suite 204,   Elmhurst, Illinois 60126-1000
19647274        +STELLAR RECOVERY INC,   1327 US HIGHWAY 2 W,   KALISPELL, MT 59901-3413
19647275        +Village Of Brookfield,   8820 Brookfield Avenue,   Brookfield, IL 60513-1688
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19647264        +E-mail/Text: RBALTAZAR@ARMORSYS.COM Jan 14 2015 02:05:15   ARMOR SYSTMS,
                  1700 KIEFER DRIVE SUITE 1,   ZION, IL 60099-5105
19647268        +E-mail/Text: legalcollections@comed.com Jan 14 2015 02:05:01   COMED,   2100 SWIFT DRIVE,
                  Oak Brook, IL 60523-1559
19647273        +E-mail/Text: bankrup@aglresources.com Jan 14 2015 02:01:29   Nicor Gas,   1844 Ferry Road,
                  Naperville, IL 60563-9600
                                                                                            TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19647269*       +Vincent Fucarino,   3727 Prairie Ave.,   Brookfield, IL 60513-1611
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2015 at the address(es) listed below:
```
          David P Leibowitz, ESQ   dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz, ESQ   on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Michael R Richmond   on behalf of Debtor Vincent Fucarino mrichmond@hellerrichmond.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Thomas N Auwers   on behalf of Debtor Vincent Fucarino tauwers@hellerrichmond.com
                                                                                           TOTAL: 5
```