**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-43578-JSB |
| | § | |
| VINCENT FUCARINO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $7,050.00 |
| Total Distributions to Claimants: | $3,579.77 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $3,020.23 | | |

3) Total gross receipts of $6,600.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $6,600.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,020.23 | $3,020.23 | $3,020.23 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $268,591.97 | $11,983.76 | $11,983.76 | $3,579.77 |
| **Total Disbursements** | $268,591.97 | $15,003.99 | $15,003.99 | $6,600.00 |

4). This case was originally filed under chapter 7 on 11/01/2012. The case was pending for 28 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>03/06/2015</u>          By:   <u>/s/ David P. Leibowitz</u>
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2008 Lexus ES350 with 110,000 miles and in poor condition Location: In debtor's possession | 1129-000 | $6,600.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,600.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,410.00 | $1,410.00 | $1,410.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $2.56 | $2.56 | $2.56 |
| Green Bank | 2600-000 | NA | $108.07 | $108.07 | $108.07 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,490.00 | $1,490.00 | $1,490.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $9.60 | $9.60 | $9.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,020.23 | $3,020.23 | $3,020.23 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | $0.00 | $371.00 | $371.00 | $371.00 |
| 2 | Prairie Avenue | 7200-000 | $27,684.97 | $11,612.76 | $11,612.76 | $3,208.77 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Residences Condominium Association | | | | | |
| Bk Of Amer | 7100-000 | $17,044.00 | $0.00 | $0.00 | $0.00 |
| COMCAST | 7100-000 | $213.00 | $0.00 | $0.00 | $0.00 |
| COMED | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lakeside Bnk | 7100-000 | $223,600.00 | $0.00 | $0.00 | $0.00 |
| Nicor Gas | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Village Of Brookfield | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Village Of Brookfield | 7100-000 | $50.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $268,591.97 | $11,983.76 | $11,983.76 | $3,579.77 |

**UST Form 101-7-TDR (10/1/2010)**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 12-43578-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FUCARINO, VINCENT | Date Filed (f) or Converted (c): | 11/01/2012 (f) |
| For the Period Ending: | 3/6/2015 | §341(a) Meeting Date: | 01/03/2013 |
| | | Claims Bar Date: | 07/30/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Cash on hand Location: In debtor's possession | $100.00 | $0.00 | | $0.00 | FA |
| 2  Harris Bank checking Location: In debtor's possession | $150.00 | $0.00 | | $0.00 | FA |
| 3  TCF checking Location: In debtor's possession | $500.00 | $0.00 | | $0.00 | FA |
| 4  misc household goods and furnishings Location: In debtor's possession | $1,000.00 | $0.00 | | $0.00 | FA |
| 5  Necessary clothing Location: In debtor's possession | $500.00 | $0.00 | | $0.00 | FA |
| 6  one watch Location: In debtor's possession | $150.00 | $0.00 | | $0.00 | FA |
| 7  2 handguns + 1 shotgun Location: In debtor's possession | $250.00 | $0.00 | | $0.00 | FA |
| 8  401k Location: In debtor's possession | $0.00 | $0.00 | | $0.00 | FA |
| 9  2008 Lexus ES350 with 110,000 miles and in poor condition Location: In debtor's possession | $11,000.00 | $6,600.00 | | $6,600.00 | FA |
| **Asset Notes:** Debtor making payments towards this asset. | | | | | |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$13,650.00     $6,600.00     $6,600.00     $0.00

---

**Major Activities affecting case closing:**

11/11/2014  Prepared TFR for Trustee's Review
Prepared TFR for Trustee's Review

09/15/2014  Preparing motion or civil contempt. Debtor in default
Preparing motion or civil contempt. Debtor in default

04/23/2014  Follow up RE outstanding balance.
Follow up RE outstanding balance.

10/24/2013  Debtor's attorney advised that he will reach out to the debtor
Debtor's attorney advised that he will reach out to the debtor

10/14/2013  Debtor is in default on the terms of the order. $2,640.00 outstanding
Debtor is in default on the terms of the order. $2,640.00 outstanding

06/25/2013  Order authorizing trustee to sell estate's interest granted.

Debtor currently making payments
Order authorizing trustee to sell estate's interest granted.

Debtor currently making payments

FORM 1

Page No: 2

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 12-43578-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FUCARINO, VINCENT | Date Filed (f) or Converted (c): | 11/01/2012 (f) |
| For the Period Ending: | 3/6/2015 | §341(a) Meeting Date: | 01/03/2013 |
| | | Claims Bar Date: | 07/30/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

04/25/2013  Debtor will pay $6600.00 in over 5 months for equity in Lexis - Motion to Sell Estate's Interest

Debtor will pay $6600.00 in over 5 months for equity in Lexis - Motion to Sell Estate's Interest

02/07/2013  Need Carmax Appraisal on Lexus - Appears to be some equity - If Debtor has access to cash then pay.  If debtor does not provide this is a short period of time then we will file a motion to turnover.  Extend discharge date.

Need Carmax Appraisal on Lexus - Appears to be some equity - If Debtor has access to cash then pay.  If debtor does not provide this is a short period of time then we will file a motion to turnover.  Extend discharge date.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 11/11/2014 | DAVID LEIBOWITZ |

Page No: 1
FORM 2
Exhibit 9
Case 12-43578  Doc 36  Filed 04/02/15  Entered 04/02/15 10:46:59  Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document   Page 7 of 9

| Case No. | 12-43578-JSB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | FUCARINO, VINCENT | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2207 | | Checking Acct #: | ******7801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/1/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2013 | (9) | VINCENT FUCARINO | First payment for estate's interest in vehicle. | 1129-000 | $1,320.00 | | $1,320.00 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.85 | $1,318.15 |
| 07/26/2013 | (9) | Vince Fucarino | Payment for non-exempt equity in vehicle | 1129-000 | $2,640.00 | | $3,958.15 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.40 | $3,955.75 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.79 | $3,948.96 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.75 | $3,943.21 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.36 | $3,936.85 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.35 | $3,930.50 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.13 | $3,924.37 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.74 | $3,917.63 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.71 | $3,911.92 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.90 | $3,906.02 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.09 | $3,899.93 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.49 | $3,893.44 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.87 | $3,887.57 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.27 | $3,881.30 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.46 | $3,874.84 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.84 | $3,869.00 |
| 10/24/2014 | (9) | Vincent Fucarino | Payment for non exempt equity in vehicle | 1129-000 | $2,640.00 | | $6,509.00 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.60 | $6,501.40 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $9.47 | $6,491.93 |
| 02/04/2015 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,410.00 | $5,081.93 |
| 02/04/2015 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.56 | $5,079.37 |
| 02/04/2015 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 9.60; Amount Allowed: 9.60; Distribution Dividend: 100.00; | 3120-000 | | $9.60 | $5,069.77 |
| 02/04/2015 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 1,490.00; Amount Allowed: 1,490.00; Distribution Dividend: 100.00; | 3110-000 | | $1,490.00 | $3,579.77 |
| 02/04/2015 | 3005 | American InfoSource LP as agent for | Claim #: 1; Amount Claimed: 371.00; Amount Allowed: 371.00; Distribution Dividend: 100.00; | 7100-000 | | $371.00 | $3,208.77 |
| 02/04/2015 | 3006 | Prairie Avenue Residences Condominium Association | Claim #: 2; Amount Claimed: 11,612.76; Amount Allowed: 11,612.76; Distribution Dividend: 27.63; | 7200-000 | | $3,208.77 | $0.00 |
| | | | **SUBTOTALS** | | $6,600.00 | $6,600.00 | |

Case 12-43578 Doc 36 Filed 04/02/15 Entered 04/02/15 10:46:59 Desc Main
Document Page 8 of 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2
Exhibit 9

| **Case No.** | 12-43578-JSB | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | FUCARINO, VINCENT | | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***2207 | | | **Checking Acct #:** | ******7801 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | |
| **For Period Beginning:** | 11/1/2012 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/6/2015 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $6,600.00 | $6,600.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,600.00 | $6,600.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $6,600.00 | $6,600.00 | |

**For the period of 11/1/2012 to 3/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $6,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,600.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,600.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/31/2013 to 3/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $6,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,600.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,600.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

| **Case No.** | 12-43578-JSB | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | FUCARINO, VINCENT | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***2207 | | **Checking Acct #:** | ******7801 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 11/1/2012 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/6/2015 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|---|
| | | $6,600.00 | $6,600.00 | $0.00 |

**For the period of 11/1/2012 to 3/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $6,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,600.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,600.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/01/2012 to 3/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $6,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,600.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,600.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 |